IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


PETE ANDERSON,                    :
                                  :
         Petitioner,              :
                                  :
v.                                :    Civil Action No. 08-214-JJF
                                  :
PERRY PHELPS, Warden,             :
and ATTORNEY GENERAL              :
OF THE STATE OF                   :
DELAWARE,                         :
                                  :
         Respondents.             :


**O R D E R**

IT IS HEREBY ORDERED that:

1.  Petitioner Pete Anderson's Application For A Writ

Of Habeas Corpus Filed Pursuant To 28 U.S.C. 2254 is

**DISMISSED** and the writ is **DENIED** as second or successive.

(D.I. 1.)  The instant Application is Petitioner's fourth

habeas challenge to his 1992 conviction.  See Anderson v.

Carroll, Civ. A. No. 05-847-JJF, Order (D. Del. Jan. 31,

2006).  The record reveals that Petitioner has filed the

instant Application without first obtaining permission from

the Court of Appeals for the Third Circuit.  See 28 U.S.C. §

2244(b)(1).  Therefore, the Court does not have jurisdiction

to review the Application.  See 28 U.S.C. § 2244(b)(1);

Robinson v. Johnson, 313 F.3d 128, 139 (3d Cir.

2002)(holding that when a second or successive habeas

petition is erroneously filed "in a district court without the permission of the court of appeals, the district court's only option is to dismiss the petition or transfer it to the court of appeals pursuant to 28 U.S.C. § 1631.").

2.   Petitioner has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and a certificate of appealability is not warranted.   See United States v. Eyer, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. Local Appellate Rule 22.2.

3.   Pursuant to Rule 4, 28 U.S.C. foll. § 2254, the Clerk shall forthwith serve a copy of the Application and this Order upon: (1) the above-named Warden of the facility in which Petitioner is housed; and (2) the Attorney General of the State of Delaware.

4.   The Clerk shall also send a copy of this Order to the Petitioner at his address on record.

May 12, 2008
_____
DATE

_____
UNITED STATES DISTRICT JUDGE

2